## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LINDA R. MURRAY**                                                                                              **PLAINTIFF**

**v.**                        **CASE NO. 4:09-CV-0349 BSM**

**MORTGAGE MITIGATION CLEARING**
**HOUSE, INC.; LITTON LOAN SERVICING,**
**LP; and BANK OF AMERICA, N.A.**                                    **DEFENDANTS**

## ORDER

On this day there is presented to this court the Ex Parte Emergency Motion for Temporary Restraining Order in the above styled cause. The court, being well and sufficiently advised hereby finds:

1. The defendants are hereby enjoined from taking any further steps to evict the plaintiff from her residence.

2. Said motion is set for a hearing on the 15th day of May, 2009, at 11:00 a.m. before the undersigned.

IT IS SO ORDERED this 13th day of May, 2009.

                                                        *[signature: Brian S. Miller]*
                                                UNITED STATES DISTRICT JUDGE