UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LINDA R. MURRAY**                                                          **PLAINTIFF**

v.                   **CASE NO. 4:09-CV-0349 BSM**

**MORTGAGE MITIGATION CLEARING**
**HOUSE, INC.; LITTON LOAN SERVICING,**
**LP; and BANK OF AMERICA, N.A.**                         **DEFENDANTS**

## ORDER

Before the court is plaintiff Linda R. Murray's motion to reconsider the court's denial of her ex-parte emergency motion for temporary restraining order. After a full review of the record, and the arguments of the parties, the court agrees with the arguments set forth by defendants LLS and BOA. Murray's motion to reconsider is denied.

Accordingly, plaintiff's motion to reconsider (Doc. No. 28) is denied.

IT IS SO ORDERED this 22nd day of June, 2009.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE